COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| MARK A. BEALL, | § | No. 08-16-00213-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| CENTRAL CITY AUSTIN CHURCH, | § | of Travis County, Texas |
| Appellee. | § | (TC# C-1-CV-16-004298) |
|  | § |  |

# O R D E R

Pending before the Court is Appellant's motion for an extension of time to file his affidavit of indigence. The trial court signed the judgment on July 14, 2016, and Appellant filed his notice of appeal and affidavit of indigence in the trial court on July 26, 2016. We find that Appellant timely filed his notice of appeal and affidavit of indigence. Appellant's request for an extension of time to file his affidavit of indigence is denied as moot.

IT IS SO ORDERED this 24th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.